UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| DIWAN WILLIAMS | No. C 10-03760 MEJ |
| Plaintiff(s), | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| SYSCO SAN FRANCISCO, INC. TEAMSTERS LOCAL 853 | |
| Defendant(s). | |
| _____/ | |

On June 10, 2011, the parties electronically filed a joint discovery dispute letter.  (Dkt. #18.) However, the parties failed to comply with General Order 45 and the Court's Standing Orders by not delivering to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6.  The parties shall immediately submit a chambers copy of the above-referenced documents.  **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.**

IT IS SO ORDERED.

Dated: June 15, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge