UNITED STATES DISTRICT COURT

Northern District of California

DIWAN WILLIAMS,

                Plaintiff,

  v.

SYSCO SAN FRANCISCO, INC., et al.,

                Defendants.
_____/

No. CV10-03760 MEJ

**ORDER RE DISCOVERY DISPUTE (Dkt. No. 18)**

The Court is in receipt of the parties' joint discovery dispute letter, filed June 10, 2011. Dkt. No. 18. Upon review of the letter, the Court hereby ORDERS as follows:

1) Defendant shall respond to Request for Production Nos. 14 and 15, but limited to letters issued: (a) from the time the attendance policy was in effect in April 2009 through Plaintiff's termination in 2010; (b) to union employees; and (c) for attendance-related matters. Defendants may redact the names of the employees, but shall note if an employee is/was a military service member.

2) Defendant need not respond to Request for Production No. 16 as it is overbroad.

**IT IS SO ORDERED.**

Dated: June 16, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge