UNITED STATES DISTRICT COURT

Northern District of California

DIWAN WILLIAMS,

                Plaintiff,

  v.

SYSCO SAN FRANCISCO, INC., et al.,

                Defendants.
_____/

No. CV10-03760 MEJ

**ORDER VACATING PRETRIAL AND TRIAL DEADLINES**

The Court is in receipt of Defendant's Motion to Continue the Trial Date and Trial-Related Deadlines, filed September 6, 2011. Dkt. No. 43. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and VACATES the October 13, 2011 noticed hearing date. As pretrial filings are due one week after the hearing on Defendant's pending summary judgment motion, the Court finds that good cause exists to continue all pretrial and trial deadlines and hereby GRANTS Defendant's request. All dates in the November 29, 2010 Case Management Order, (Dkt. No. 11), are VACATED. The Court shall reschedule all dates for a trial as early as possible after resolution of Defendant's summary judgment motion.

**IT IS SO ORDERED.**

Dated: September 6, 2011

                                                  _____
                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge