**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

1

2

3

4              UNITED STATES  DISTRICT COURT

5              Northern District of California

6

7    DIWAN WILLIAMS,                            No. C 10-03760 MEJ

8                 Plaintiff,             **ORDER RESETTING HEARING**

      v.

9

   SYSCO SAN FRANCISCO, INC.

10   TEAMSTERS LOCAL 853,

11                 Defendants.

   _____/

12

13       Pending before the Court is Defendant's Motion for Summary Judgment, currently set for

14 hearing on October 6, 2011.  The Court hereby **CONTINUES** the hearing on this matter to **October**

15 **13, 2011, at 10:00 a.m. in Courtroom B**.

16      **IT IS SO ORDERED.**

17

Dated: October 5, 2011

18                                    _____

19                                     Maria-Elena Jones
                                    Chief United States Magistrate Judge

20

21

22

23

24

25

26

27

28