1
2
3
4    UNITED STATES  DISTRICT COURT
5    Northern District of California
6

7    DIWAN WILLIAMS,                              No. C 10-3760 MEJ

8               Plaintiff,                        **ORDER VACATING HEARING**

9         v.

10   SYSCO SAN FRANCISCO, INC.,

11              Defendant.
     _____/

12

13        This matter is currently scheduled for a hearing regarding Defendant's Motion for Summary

14   Judgment on December 8, 2011.  Pursuant to Civil Local Rule 7-1(b), the Court finds this matter

15   suitable for disposition without a hearing and hereby VACATES the December 8 hearing.  The

16   Court shall issue an order forthwith.

17        **IT IS SO ORDERED.**

18

19   Dated: December 6, 2011

20                                               _____
                                                 Maria-Elena James
21                                               Chief United States Magistrate Judge

22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**