UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DIWAN WILLIAMS, | No. C 10-3760 MEJ |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| SYSCO SAN FRANCISCO, INC., | |
| Defendant. | |

This matter is currently scheduled for a hearing regarding Defendant's Motion for Summary Judgment on December 8, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the December 8 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge