UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

**DIWAN WILLIAMS**,

                Plaintiff(s),

    v.

**SYSCO SAN FRANCISCO, INC.**
**TEAMSTERS LOCAL 853**,

                Defendant(s).
_____/

No. C 10-03760 MEJ (LB)

**ORDER RE SETTLEMENT CONFERENCE STATEMENT**

      The court previously ordered the parties to lodge and exchange settlement conference statements a week before the settlement conference scheduled for June 15, 2012. See ECF No. 60. Plaintiff has not lodged anything. Court staff contacted Plaintiff's counsel on Tuesday, June 12, 2012, and she said she had not received an exchanged settlement conference settlement from opposing counsel (as required by this court's order). She also said that she would lodge her settlement conference statement with the court by the end of the day.

      Under the circumstances, the parties need to comply with the court's order by 2 p.m. today. Court staff will follow up with counsel by telephone. Non-compliance means the court will vacate the settlement conference set for Friday, June 15, 2012, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: June 13, 2012

                                            _____
                                            LAUREL BEELER
                                            United States Magistrate Judge