1 ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
2 DALENE R. BRAMER, Bar No. 267753
dbramer@littler.com
3 EMILY E. O'CONNOR, Bar No. 279400
eoconnor@littler.com
4 LITTLER MENDELSON
A Professional Corporation
5 650 California Street, 20th Floor
San Francisco, CA 94108.2693
6 Telephone: 415.433.1940
Facsimile: 415.399.8490
7
Attorneys for Defendant
8 SYSCO SAN FRANCISCO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIWAN WILLIAMS,<br><br>          Plaintiff,<br><br>    v.<br><br>SYSCO SAN FRANCISCO, INC.,<br>TEAMSTERS LOCAL 853 and DOES 1<br>through 10, inclusive,<br><br>          Defendants. | Case No. CV10-03760 MEJ<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR A COURT ORDER AUTHORIZING USE OF ELECTRONIC EQUIPMENT AT TRIAL<br><br>Judge: Hon. Maria Elena James<br>Dept: Courtroom B, 15th Floor<br>Trial Date: April 8, 2013<br>Time: 9:30 a.m. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION

CASE NO. CV10-03760 MEJ

Defendant Sysco San Francisco, Inc.'s Motion for Administrative Relief, brought pursuant to Local Rule 7-11, for an Order Authorizing Use of Electronic Equipment at Trial, was considered by this Court. Based on the Motion, the evidence and pleadings in this case, and for good cause appearing, the Court orders that Defendant can bring into the courtroom and utilize the following equipment for trial: (1) a T60 presentation laptop; (2) Lenovo laptop(s); (3) a speakers system; (4) an LCD Monitor; (5) a Sharp projector; (6) a projector video and power cable; (7) a Da-Lite projection screen; (8) a keyboard and mouse; (9) a 50' VGA Cable; (10) power strip(s); (11) extension cord(s); and (12) miscellaneous cables.

**IT IS SO ORDERED.**

DATED: April 4, 2013

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Firmwide:119028614.1 063236.1052

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION    2.    CASE NO. CV10-03760 MEJ