UNITED STATES DISTRICT COURT

Northern District of California

DIWAN WILLIAMS,                      No. C 10-03760 MEJ

          Plaintiff,                **ORDER RE VOIR DIRE QUESTIONS**

   v.

SYSCO SAN FRANCISCO, INC.,

          Defendant.

_____/

On March 8, 2013, the parties filed their proposed voir dire questions. Dkt. No. 92. The Court has reviewed the questions and has selected the following to be read to the jury. The Court will also ask standard questions including educations, employment, residence, occupation, marital status, children, etc. As stated in the Final Pre-Trial Order, each side will be allowed 10 minutes for follow-up questions.

1. Have you or has anyone close to you had training or work experience in the law or military?
2. Have you or any family member ever worked for Sysco? When?
3. Do you work or have you ever worked for a large company that has or had over 100 employees? 500 employees?
4. Have you ever owned your own business?
5. Have you, your spouse, your children or parents ever served in the U.S. Military, California National Guard or Army Reserves? If so, when and what branch?
6. Do you have any family members or friends who have had a military obligation that required them to leave their employment to serve in the armed forces in any capacity? If so, please tell us about it.
7. Have you ever supervised any employees, either in your current position or in a former job?
     A. Have you ever terminated anyone?
8. Have you ever been a member of a union?
9. If so, name of the union, duration and position in the union.

10. Have you ever been disciplined for violating an employer's attendance policy?

11. Has anyone ever filed a discrimination charge, lawsuit or any other claim against you? If so, please explain the circumstances of that case. What was the result of the case?

12. Have you ever filed any type of grievance, discrimination charge, lawsuit or other claim against any employer? If so, please explain the circumstances of that case. What was the result of the case?

13. Have you ever been demoted, suspended, terminated, laid off or forced to resign from any job? If so, please explain the circumstances.

14. Has any family member ever been demoted, suspended, terminated, laid off or forced to resign from a job? If so, please explain the details.

15. Has any family member ever filed any type of grievance, discrimination charge, lawsuit or any other claim against an employer? If so, please explain the details.

16. Have you or a family member ever filed a lawsuit against someone else? If so, please explain the details.

17. Have you or any of your family members ever been sued? If so, please explain the details.

18. Have you, your spouse, your children or parents ever felt that they were a victim of discrimination in employment on any basis? If so, please explain the details.

19. Do any of you, your family members, or friends have any current California National Guard or other military obligation which might require them to be called up for active duty and leave their employment until the duty was over?

20. Does anything concern you about civil lawsuits in which money damages are sought?

21. Do you belong to any organization that advocates for a change in our laws? If so, what organization?

**IT IS SO ORDERED.**

Dated: April 4, 2013

_____
Maria-Elena James
United States Magistrate Judge