UNITED STATES DISTRICT COURT

Northern District of California

DIWAN WILLIAMS,

                Plaintiff(s),

  v.

SYSCO SAN FRANCISCO, INC.,

                Defendant(s).
_____/

No. C 10-3760 MEJ

**JURY REFRESHMENT ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish the *Continental Refreshments* for the 8 members of the jury in the above-entitled matter. The trial will be held beginning April 8, 2013 - April 11, 2013, Monday through Thursday in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be brought to the jury room by no later than 8:30 a.m. each day and will be cleared by no later than 4:00 p.m. each day.

**IT IS SO ORDERED.**

Dated: April, 5, 2013

                                        _____
                                        Maria-Elena James
                                        United States Magistrate Judge