# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| DIWAN WILLIAMS, | No. C 10-3760 MEJ |
| Plaintiff(s), | |
| v. | **JURY REFRESHMENT ORDER** |
| SYSCO SAN FRANCISCO, INC., | |
| Defendant(s). | |
| _____/ | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish the *Continental Refreshments* for the 8 members of the jury in the above-entitled matter. The trial will be held beginning April 8, 2013 - April 11, 2013, Monday through Thursday in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be brought to the jury room by no later than 8:30 a.m. each day and will be cleared by no later than 4:00 p.m. each day.

**IT IS SO ORDERED.**

Dated: April, 5, 2013

_____
Maria-Elena James
United States Magistrate Judge