# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| DIWAN WILLIAMS, | No. C 10-3760 MEJ |
| Plaintiff(s), | |
| v. | **JURY REFRESHMENT ORDER** |
| SYSCO SAN FRANCISCO, INC., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish the Box Lunches for the 8 members of the jury during their deliberation, on **Monday, April 15, 2013**, in the above-entitled matter, **in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102**. The refreshments shall be brought to the jury room by no later than 11:30 a.m. each day and will be cleared by no later than 4:00 p.m. each day.

**IT IS SO ORDERED.**

Dated: April 12, 2013

_____
Maria-Elena James
United States Magistrate Judge