UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DIWAN WILLIAMS, | No. C 10-03760 MEJ |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | |
| SYSCO SAN FRANCISCO, INC., | |
| Defendant. | |

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the verdict of the jury filed April 15, 2013, judgment is entered in favor of Defendant Sysco San Francisco, Inc., and against Plaintiff Diwan Williams. Plaintiff to take nothing and the Complaint and action are dismissed.

**IT IS SO ORDERED.**

Dated: April 16, 2013

_____
Maria-Elena James
United States Magistrate Judge