| | |
|---|---|
| 1 | ROBERT G. HULTENG, Bar No. 071293 |
|   | rhulteng@littler.com |
| 2 | DALENE R. BRAMER, Bar No. 267753 |
|   | dbramer@littler.com |
| 3 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 4 | 650 California Street, 20th Floor |
|   | San Francisco, CA  94108.2693 |
| 5 | Telephone:     415.433.1940 |
|   | Facsimile:     415.399.8490 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | SYSCO SAN FRANCISCO, INC. |
| 8 | LAKEISHA POOLE, Bar No. 247724 |
|   | lkpoole@hotmail.com |
| 9 | LKP LEGAL SERVICES |
|   | 1370 E. Willow Road |
| 10 | Menlo Park, CA  94025 |
|    | Telephone:    408.580.4103 |
| 11 | Facsimile:    650.367.7103 |
| 12 | Attorney for Plaintiff |
|    | DIWAN WILLIAMS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIWAN WILLIAMS, | Case No.  CV10-03760 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE ON PLAINTIFF'S MOTION FOR A NEW TRIAL** |
| v. | |
| SYSCO SAN FRANCISCO, INC., TEAMSTERS LOCAL 853 and DOES 1 through 10, inclusive, | Date:    June 20, 2013 |
|  | Time:    10:00 a.m. |
|  | Place:    Courtroom B, 15th Floor |
| Defendants. | Judge:   Honorable Maria-Elena James |
|  | Complaint Filed: August 24, 2010 |

Subject to the approval of the Court, Defendant Sysco San Francisco ("Defendant") and Plaintiff Diwan Williams ("Plaintiff"), through their respective counsel of record, hereby stipulate to the following:

WHEREAS,

1. Plaintiff Diwan Williams noticed the hearing for his Motion For a New Trial for June 20, 2013;

2. Defendant's counsel is unavailable on June 20, 2013 due to mandatory attendance at a previously scheduled mediation;

3. The parties agree that June 27, 2013 is a mutually acceptable date to reschedule the noticed hearing on Plaintiff's Motion For a New Trial. The parties do not request any alternation to the briefing schedule.

THEREFORE,

Subject to approval by the Court, Defendant and Plaintiff stipulate to continue the hearing on Plaintiff's Motion For a New Trial, and propose the following new date: **June 27, 2013**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 31, 2013                     Respectfully submitted,

/s/ Dalene R. Bramer
ROBERT G. HULTENG
DALENE R. BRAMER
LITTLER MENDELSON
Attorneys for Defendant
SYSCO SAN FRANCISCO, INC.

Dated: May 31, 2013                     Respectfully submitted,

/s/ Lakeisha Poole
LAKEISHA POOLE
LKP LEGAL SERVICES
Attorney for Plaintiff

I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.

Dated: May 31, 2013                     Respectfully submitted,

/s/ Dalene R. Bramer
DALENE R. BRAMER
LITTLER MENDELSON
Attorneys for Defendant
SYSCO SAN FRANCISCO, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER        2.        CASE NO. CV10-03760 MEJ

1  ~~PURSUANT TO THE STIPULATION,~~ IT IS SO ORDERED. that the motion shall take place on July 11, 2013 at 10:00 a.m.  The Court's calendar is full on June 27, 2013, and the following date is a holiday.

Dated: 5/31/2013        , 2013

_____
JUDGE MARIA ELENA JAMES
United States Magistrate Judge

Firmwide:120682795.1 063236.1052

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER    3.    CASE NO. CV10-03760 MEJ