UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DIWAN WILLIAMS, | No. C 10-03760 MEJ |
| Plaintiff, | **ORDER VACATING JULY 11, 2013 HEARING** |
| v. | |
| SYSCO SAN FRANCISCO, INC., | |
| Defendant. | |

Pending before the Court is Plaintiff Diwan Williams' Motion for New Trial (Dkt. No. 146). Defendant Sysco San Francisco, Inc., has filed an Opposition (Dkt. No. 151), and Plaintiff has filed a Reply (Dkt. No. 154). The matter is set for hearing on July 11, 2013. The Court has reviewed the parties' briefs and finds that the parties have sufficiently set forth their arguments, supporting authorities, and citations to record evidence and that oral argument would not assist the Court in resolving the pending Motion. Accordingly, pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-(1)(b), the Court **VACATES** the July 11, 2013 hearing. The Court will issue its order on Plaintiff's Motion in due course.

**IT IS SO ORDERED.**

Dated: July 10, 2013

_____
Maria-Elena James
United States Magistrate Judge